# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIT'L PEPPER GOURMET, INC., <br> Plaintiff, <br> vs. <br> AIRGAS USA, LLC, <br> Defendant. | CASE NO. 19cv837-LAB (AGS) <br><br> **ORDER DENYING DEFENDANT'S MOTION TO DISMISS [Dkt. 4]** |

Because Plaintiff Lit'l Pepper Gourmet has filed its First Amended Complaint, Defendant Airgas USA's pending Motion to Dismiss Lit'l Pepper's original Complaint is **DENIED WITHOUT PREJUDICE AS MOOT**. Dkt. 4.

**IT IS SO ORDERED**.

Dated: July 8, 2019

**H<span>onorable</span> L<span>arry</span> A<span>lan</span> B<span>urns</span>**
Chief United States District Judge