John K. Landay, Esq. (257573)
 jlanday@landayroberts.com
**LANDAY ROBERTS LLP**
101 West Broadway, Suite 300
San Diego, CA 92101
Telephone: (619) 230-5712

Michael A. Licari, Esq. (265241)
 mike@SL2Law.com
**SPRINKLE LLOYD & LICARI LLP**
2801 B Street, Suite 556
San Diego, CA 92102
Telephone: (858) 717-0013

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIT'L PEPPER GOURMET, INC., a California corporation, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AIRGAS USA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:19-cv-00837-LAB-AGS<br><br>[San Diego Superior Court Case No. 37-2019-00016827-CU-BT-CTL]<br><br>Judge: Chief Judge Larry Alan Burns<br>Magistrate: Hon. Andrew G. Schopler<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

LIT'L PEPPER GOURMET, INC., a California corporation, on its behalf and on behalf of those similarly situated, files this notice of voluntary dismissal of this entire case pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(i) because no defendant has answered or moved for summary judgment. Such dismissal is effective as of filing of this notice and shall be without prejudice, with each side to bear their own costs and fees.

Dated: December 20, 2019    LANDAY ROBERTS LLP

By: _____*/s/ John K. Landay*_____
John K. Landay, Esq. (257573)

Attorney for Plaintiffs

Dated: December 20, 2019    SPRINKLE LLOYD & LICARI, LLP

By: _____*/s/ Michael A. Licardi*_____
Michael A. Licari, Esq. (265241)

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the above and following documents have been served on December 20, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. LR 5.4(d).  Any other counsel of record will be served by U.S. Mail or hand delivery.

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

_____*/s/ John K. Landay, Esq.*_____
John K. Landay